The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT HAYMOND, <br><br> Defendant. | NO. CR 07-0278 RSM <br><br> ORDER EXTENDING <br> PRETRIAL MOTIONS DEADLINE |

THIS MATTER comes before the Court upon the unopposed motion of the defendant for an Order extending the pretrial motions deadline. Having considered all the files and records herein,

NOW, THEREFORE, the Court adopts the following pretrial motions schedule:

January 18, 2008—Pretrial Motions Deadline

January 25, 2008—Government's Response to Defendant's Motions Due

February 1, 2008—Defendant's Motions will be Noted for this Date

DATED this 16th day of January, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINE
Cause No. CR 07-0278 RSM
Page 1 of 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Presented By:

/s/ Peter Offenbecher
WSBA No. 11920
SKELLENGER BENDER, P.S.
1301 – 5th Avenue, Suite 3401
Seattle, WA 98101-2605
Telephone: 206-623-6501
Fax: 206-447-1973
E-mail: poffenbecher@skellengerbender.com
Attorney for Scott Haymond

/s/ Allan L. Overland
WSBA No. 2648
901 South 'I' Street, Suite 202
Tacoma, WA 98405
Telephone: 253-383-3053
Fax: 253-383-3053
e-mail: hatwood@harbornet.com
Attorney for Scott Haymond

ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINE
Cause No. CR 07-0278 RSM
Page 2 of 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501